Dismissed and Memorandum Opinion filed July 29, 2010.

 

 

In The

                                                                                                         

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00539-CV

____________

 

WARREN L. ALDOUS, Appellant

 

V.

 

ERIC BRUSS, Appellee

 



 

On Appeal from the 405th District Court

Galveston County, Texas

Trial Court Cause No. 09CV0104

 



 

MEMORANDUM
OPINION

This is an attempted appeal from an order granting partial
summary judgment signed May 14, 2010.  The clerk’s record was filed on June 17,
2010.  

Generally, appeals may be taken only from final judgments.  Lehmann
v. Har‑Con Corp., 39 S.W.3d 191, 195 (Tex. 2001).  Interlocutory
orders may be appealed only if permitted by statute.  Bally Total Fitness
Corp. v. Jackson, 53 S.W.3d 352, 352 (Tex. 2001); Jack B. Anglin Co.,
Inc. v. Tipps, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding).  

            On June 21, 2010, notification was transmitted to the parties
of this court’s intention to dismiss the appeal for want of jurisdiction unless
appellant, on or before July 1, 2010, filed a response demonstrating grounds
for continuing the appeal.  See Tex.
R. App. P. 42.3(a).

            Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

 

Panel consists of Justices
Anderson, Frost, and Seymore.